## N.C. DEPT. OF HUMAN RESOURCES v. WEAVER

No. 75P96

Case below: 121 N.C.App. 517

Petition by Attorney General for writ of supersedeas and motion for temporary stay denied 7 March 1996. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 7 March 1996.

## RUSS v. GREAT AMERICAN INS. COMPANIES

No. 47P96

Case below: 121 N.C.App. 185

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 March 1996.

## STATE v. BARBER

No. 574P95

Case below: 120 N.C.App. 505

Petition by defendant (Pro Se) for discretionary review pursuant to G.S. 7A-31 denied 7 March 1996.

## STATE v. BARNES

No. 74PA96

Case below: 121 N.C.App. 503

Motion by Attorney General for temporary stay allowed 26 February 1996.

## STATE v. BROWN

No. 452P95

Case below: 116 N.C.App. 445

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 March 1996.